UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 21 U.S.C. § 841(a)(1) |
| ) | Distribution of a Controlled |
| SHANNON SHEMELE CLANCY ) | Substance (Cocaine) |
| a/k/a "REDMAN" ) | |

CR419-0117

PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Counts 1-3:   Distribution of a Controlled Substance (Cocaine)
21 U.S.C. § 841(a)(1)
For each Count:

- Not more than twenty (20) years of imprisonment
- Not more than a $1,000,000 fine
- Not less than three (3) years of supervised release
- $100 special assessment

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
Savannah   M
8-7         20/9
Deputy Clerk

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

Jennifer G. Solari
Assistant United States Attorney