AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:   4:19CR00117-1 |
| Shannon Shemele Clancy | ) | |
| | ) | USM No:   23229-021 |
| Date of Original Judgment:          February 25, 2020 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Jonathan J. Hunt |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Former Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The original sentence imposed (151 months of imprisonment) was at the lower end of the advisory guideline range. Retroactive application of Amendment 821 results in a reduction to the defendant's total criminal history score from nine points to eight points; however, such application does not result in a reduction to the assigned criminal history category, given his classification as a career offender. Accordingly, since retroactive application of Amendment 821 does not have the effect of lowering the defendant's total offense level, his criminal history category, or his applicable guideline range, a reduction in sentence is not authorized under 18 U.S.C. § 3582(c)(2). USSG §1B1.10(a)(2)(B).

Except as otherwise provided, all provisions of the judgment dated _____February 25, 2020_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          April 7, 2026

Effective Date: _____
*(if different from order date)*                            R. Stan Baker, Chief Judge
United States District Court
Southern District of Georgia